UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Ubaldo OCHOA-Salazar,<br><br>    Defendant | ) Magistrate Docket No.<br>)<br>)<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1326<br>) Deported Alien Found in the<br>) United States<br>)<br>)<br>) |

'08 MJ 1199

The undersigned complainant, being duly sworn, states:

On or about **April 17, 2008** within the Southern District of California, defendant, **Ubaldo OCHOA-Salazar**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **APRIL, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Ubaldo OCHOA-Salazar**

## PROBABLE CAUSE STATEMENT

On April 17, 2008, at approximately 2:50 a.m., Border Patrol Agent Diaz observed an individual walking west bound on a road known as the "Old Border Road." This area is approximately one-half of a mile east of the Tecate, California Port of Entry and two hundred yards north of the International border between the United States and Mexico.

Agent Diaz approached the individual and identified himself as a United States Border Patrol Agent. Agent Diaz then performed an immigration inspection. The subject later identified as the defendant **Ubaldo OCHOA-Salazar,** admitted to being a citizen and national of Mexico without any immigration documents to be in or remain in the United States legally. The defendant was arrested and transported to the Tecate, California Processing center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 26, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. He also stated he was going to Los Angeles, California to look for work.