**Minutes of the United States District Court**
**Southern District of California**
**JUNE 05, 2008**

HON. __JAN M. ADLER__                    DEPUTY CLERK: **R. RHONE**

---

|  |  |  | TAPE NO. JMA08-01-14:19-14:28 |
|---|---|---|---|
| 08MJ1199-JMA | USA | vs. | UBLADO OCHOA-SALAZAR-68977008 (C) |
| STATUS CONF |  |  |  |
|  |  |  | GERALD T.MCFADDEN, CJA, |
|  |  |  | AUSA: MARK CONNOVER |

---

GOVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE  - GRANTED
ABSTRACT ISSUED TO USM

9 MINUTES