# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Ubaldo Ochoa-Salazar )

CASE NUMBER  08mj1199

ABSTRACT OF ORDER

Booking No. 68977008

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6-6-08
the Court entered the following order:

__X__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
          _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
__X__ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
__X__ Other. Dft is in the hospital

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
OR
by  R. Rhone
Deputy Clerk

Received_____
     DUSM

Crim-9   (Rev 6-95)

R. Rhone                 ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY